IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN P. SGARLAT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Civil No. 11-4441 (JBS)<br>[Crim. No. 06-723 (JBS)]<br><br><br>**ORDER** |

　　　This matter came before the Court upon Petitioner Sgarlat's petition to vacate sentence under 28 U.S.C. § 2255 [Docket Item 1]; the Court having considered the submissions of Petitioner and counsel in opposition, for reasons stated in the Opinion of today's date, and for good cause shown,

　　　IT IS, this **14th** day of **November**, 2012, hereby

　　　ORDERED that the petition to vacate sentence is **DENIED,** and it is further

　　　ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(c)(2), the Petitioner having failed to make a substantial showing of the denial of a constitutional right.


　　　　　　　　　　　　　　　　　　　**s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge